[No. 22773-8-II.    Division Two.    July 2, 1999.]

GERALD COOPER, *Appellant*, v. COREY COOPER, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 96-2-12034-6, Terry D. Sebring, J., entered December 5, 1997. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Armstrong, A.C.J., and Morgan, J.

[No. 22930-7-II.    Division Two.    July 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. RUSSELL K.
VAN DYKE, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 97-1-00221-4, James B. Sawyer II, J., entered December 4, 1997. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Armstrong, A.C.J., and Houghton, J.

[No. 22958-7-II.    Division Two.    July 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JAYSON
THOMAS SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-1-00854-0, Sergio Armijo, J., entered January 8, 1998. *Affirmed* by unpublished opinion per Armstrong, A.C.J., concurred in by Morgan and Seinfeld, JJ.

[No. 23098-4-II.    Division Two.    July 2, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON MICHAEL
HILLMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 97-1-00962-3, Don L. McCulloch, J., entered March 3, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Houghton, JJ.